IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| WILBURT REESE AND MARKCO ODDS | * | CIVIL ACTION |
| Plaintiffs | * | NO. |
| VERSUS | * | SECTION: |
| GREAT WEST CASUALTY COMPANY, MILLER TRANSPORTATION SERVICES, INC., AND LEROY CALDWELL | * | JUDGE |
| | * | MAGISTRATE: |
| Defendants | * | |

*************************************************************************

## COMPLAINT

NOW INTO COURT, through undersigned counsel, come Plaintiffs, WILBERT REESE AND MARKCO ODDS, all persons of the full age of majority and residents of and domiciled in the Parish of Orleans, State of Louisiana, who respectfully submit the following Complaint:

### INTRODUCTION

**1.**

This cause of action arises out of a motor vehicle collision that occurred on or about September 5, 2017, in the Parish of Orleans, State of Louisiana.

### THE DEFENDANTS

**2.**

Made Defendants herein are:

A.  LEROY CALDWELL ("Defendant Caldwell") a person of the full age of the majority and resident of and domiciled in the County of Pensacola, State of Florida;

B.  MILLER TRANSPORTATION SERVICES, INC. (hereinafter, "Miller"), a foreign corporation authorized to do business in the State of Louisiana, who upon information and belief, is incorporated in the State of Mississippi and having its principal place of business

in the State of Mississippi, who upon information and belief was at all times relevant herein the owner of the vehicle that caused the September 5, 2017, motor vehicle collision at issue and the entity that employed Defendant Caldwell while he was driving in the course and scope of his employment at the time of the September 5, 2017, motor vehicle collision;

C. GREAT WEST CASUALTY COMPANY, (hereinafter "Great West"), a foreign insurance company authorized to do and doing business in the State of Louisiana, who upon information and belief is incorporated in the State of New England and having its principal place of business in the State of New England, who upon information and belief was at all times relevant hereto the insurer of the vehicle driven by Defendant Caldwell and owned by Miller.

## JURISDICTION AND VENUE

**3.**

This Court has jurisdiction over this proceeding pursuant to 28 USC § 1332 due to the complete diversity of the parties, and that the amount in controversy exceeds the jurisdictional threshold of $75,000, exclusive of interest and cost.

**4.**

Venue is proper in this Court pursuant to 28 USC § 1391(b)(2) as the district in which a substantial part of the events giving rise to this claim occurred.

## FACTS

**5.**

On or about September 5, 2017, Wilbert Reese was the operator of a 2012 Dodge owned by Edwin Colbert, traveling eastbound in the middle lane of Interstate I- 610.

**6.**

Plaintiff, Marcko Odds was the passenger in the Reese vehicle at the time of the September 5, 2017 crash.

**7.**

At the same date and time, Defendant Caldwell was driving a 2016 PTRB commercial vehicle (VIN: 1XPBDP9X3GD334837) with an attached box trailer, eastbound on I-610 in the right-hand merge lane.

**8.**

Defendant Caldwell negligently failed to keep a proper lookout and attempted to change from the right lane to the middle lane of the I-10 from the I-610 entrance causing his vehicle to abruptly and without warning enter Plaintiffs' lane of travel and collide with Plaintiffs' vehicle.

**9.**

As a result of Defendant Caldwell colliding with the Reese vehicle, Wilbert Reese and Marcko Odds were violently jolted inside the vehicle.

**10.**

Defendant Caldwell was cited by the New Orleans Police Department for improper lane use.

**11.**

The vehicle being driven by Defendant Caldwell was owned by Miller, and Defendant Caldwell was within the course and scope of his employment with Miller, when he crashed into the vehicle containing Plaintiffs.

### FAULT OF LEROY CALDWELL

**12.**

The above described September 5, 2017 motor vehicle collision and the resulting injuries to

Plaintiffs were caused through the sole negligence of Defendant Caldwell, which negligence includes, but is not limited to, the following actions and/or inaction:

    a)     Disregarded traffic conditions;

    b)     Gross negligence;

    c)     Failure to maintain proper control of a vehicle;

    d)     Failure to maintain a proper lookout and/or being distracted or inattentive;

    e)     Failure to take all reasonable evasive action to avoid a collision at issue herein;

    f)     Failure to yield;

    g)     Failure to properly change lanes;

    h)     Failure to see what should have been seen;

    i)     Improper lane usage;

    j)     Operation of the vehicle in a reckless and/or negligent manner;

    k)     Acting in violation of the laws of the State of Louisiana and/or the Parish of Orleans, all of which acts may be properly proven at the trial of this matter; and

    l)     Any and all other acts of negligence or fault which may be proven during the investigation and/or trial of this matter and that violate the laws of Louisiana and/or applicable ordinances which are hereby pleaded and adopted by reference.

### LIABILITY OF MILLER TRANSPORTATION SERVICE, INC.

**13.**

As a result of the foregoing, and as per applicable Louisiana law including, but not limited to, the Doctrines of Respondeat Superior; negligent entrustment; negligent hiring, training, and supervision; principal and agent; permissive use; vehicle owner with responsibility for maintenance and upkeep; and/or master-servant doctrines, said Miller is a proper party-defendant and is

responsible for the negligence and/or liability attributed to Defendant Caldwell.

## LIABILITY OF GREAT WEST CASUALTY COMPANY

**14.**

Great West Casualty Company, at all times relevant herein, had in full force and effect a policy of liability insurance coverage in favor of defendants, Miller, as owner, and Defendant Caldwell, as operator of the insured vehicle, for his negligence in connection with the September 5, 2017, motor vehicle collision at issue herein. As a result of the foregoing and as per applicable Louisiana law, Great West, has been named herein as party-defendant, and is answerable and/or responsible for the negligence and/or liability of Defendant Caldwell and Miller.

## DAMAGES

**15.**

As a result of said September 5, 2017, motor vehicle collision, Mr. Wilbert Reese suffered personal and bodily injuries including, but not limited to, injuries to his neck and back. All of his damages are serious in nature and require continuing medical care and treatment. The full residual effects are not yet known.

**16.**

Mr. Wilbert Reese's injuries and damages were directly caused by the negligent acts and omissions and/or commissions on the part of Defendant Caldwell and his failure to operate his vehicles in a proper, prudent, and safe manner.

**17.**

As a result of the motor vehicle collision at issue, Mr. Wilbert Reese suffered severe physical and mental injuries as well as inconvenience, entitling her to recover damages including, but not limited to:

a) Past, present, and future mental pain and suffering;

b)  Past, present, and future physical pain and suffering;

c)  Past, present, and future medical expenses;

d)  Loss of enjoyment of life;

e)  Property damage;

f)  Past, present, and future lost earnings;

g)  Loss of earning capacity; and

h)  All damages allowed under Louisiana law which may be proven at the trial of this matter.

**18.**

As a result of said August 17, 2017, motor vehicle collision, Mr. Marcko Odds suffered personal and bodily injuries including, but not limited to, injuries to his neck and back. All of his damages are serious in nature and require continuing medical care and treatment. The full residual effects are not yet known.

**19.**

Mr. Marcko Odds's injuries and damages were directly caused by the negligent acts and omissions and/or commissions on the part of Defendant Caldwell and his failure to operate his vehicles in a proper, prudent, and safe manner.

**20.**

As a result of the motor vehicle collision at issue, Mr. Marcko Odds suffered severe physical and mental injuries as well as inconvenience, entitling him to recover damages including, but not limited to:

a)  Past, present, and future mental pain and suffering;

b)  Past, present, and future physical pain and suffering;

c)  Past, present, and future medical expenses;

d) Loss of enjoyment of life;

e) Property damage;

f) Past, present, and future lost earnings;

g) Loss of earning capacity; and

h) All damages allowed under Louisiana law which may be proven at the trial of this matter.

WHEREFORE, Plaintiffs, Wilbert Reese and Marcko Odds pray that Defendants, LEROY CALDWELL, MILLER TRANSPORTATION SERVICES, INC., AND GREAT WEST CASUALTY COMPANY be served with a copy of this Complaint, and, after being duly summoned to appear and respond thereto, and after the expiration of all legal delays, and due proceedings are had, there be judgment in favor of Plaintiffs and against Defendants in an amount of damages reasonable and found reasonable at trial, including penalties and attorney's fees as allowed by law, together with legal interest thereon, from the date of judicial demand until paid in full, as well as all costs of these proceedings, and all other general and equitable relief.

Respectfully Submitted,

**PANDIT LAW FIRM, LLC**

BY: */s/ Jason Baer*
**JASON M. BAER (# 31609)**
**CASEY C. DEREUS (# 37096)**
**JOSHUA A. STEIN (# 37885)**
701 Poydras Street, Suite 3950
New Orleans, LA 70139
Telephone: (504) 313-3800
Facsimile: (504) 313-3820
Email: jstein@panditlaw.com
*Counsel for Plaintiffs*

and

 **MOTTA LAW, LLC**
 **VANESSA MOTTA (#36915)**
 525 Clay Street
 Kenner, LA 70062
 Telephone: (504) 592-3230
 Email: vanessa@mottalaw.com
 *Counsel for Plaintiffs*

**PLEASE SERVE:**

**LEROY CALDWELL**
Through Louisiana Long arm statute:

7780 Lilah Lane
Pensacola, FL 32526


**MILLER TRANSPORTATION SERVICE, INC.**
Through its Registered Agent:

Capitol Corporate Services, Inc.
8550 United Plaza Building II, Ste. 305
Baton Rouge, LA 70809


**GREAT WEST CASUALTY COMPANY**
Through its Registered Agent:

Louisiana Secretary of State
8585 Archives Avenue
Baton Rouge, LA 70809

8