# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| WILBURT REESE, ET AL | CIVIL ACTION |
| VERSUS | NO. 18-8336 |
| GREAT WEST CASUALTY COMPANY, ET AL | SECTION: L (4) |

### O R D E R

A Scheduling Conference with the Court's Case Manager was set for January 17, 2019, at 10:30am. The parties agreed that jurisdiction and. Counsel informed the Court that arbitration in this matter is set in April of 2019, but due to multiple scheduling issues by counsel, the trial and pretrial conference dates could not be selected, accordingly;

IT IS ORDERED that the parties shall participate in a Status Conference on Tuesday, February 26, 2019, at 1:30pm, before the Honorable Eldon E. Fallon, discuss the status of the case. This conference shall be by telephone and counsel should contact chambers at least two days prior to the conference and inform the Court of a phone number they can be reached at on that date. Further, counsel are instructed to have their calendars available and should be ready to pick trial and pretrial conference dates at that time.

New Orleans, Louisiana, this __17th__ day of January, 2018.

_____
**ELDON E. FALLON**
**UNITED STATES DISTRICT JUDGE**