IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **WILBURT REESE AND MARKCO ODDS** | * | **CIVIL ACTION** |
| | * | **NO.: 2:18-cv-08336** |
| **VERSUS** | * | **SECTION:** |
| | * | **JUDGE: ELDON E. FALLON** |
| **GREAT WEST CASUALTY COMPANY,** | * | |
| **MILLER TRANSPORTATION** | * | **MAGISTRATE: KAREN** |
| **SERVICES, INC., AND LEROY CALDWELL** | * | **WELLS ROBY** |

## ORDER

Considering the foregoing Amended Motion for Extension of Deadlines filed by GREAT WEST CASUALTY CO., MILLER TRANSPORTATION SERVICES, INC. and LEROY CALDWELL (DEFENDANTS);

**IT IS ORDERED** that the parties are granted a 30 day extension of time, from April 1, 2019 to May 1, 2019, for notifying the court of all witnesses and exhibits to be used at trial;

**IT IS FURTHER ORDERED** that the parties are granted a seven (7) day extension, from May 14, 2019 to May 21, 2019, of the deadline for discovery and taking of trial depositions;

SIGNED ON this 28th day of March, 2019, in New Orleans, Louisiana

_____
JUDGE, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA