MINUTE ENTRY
FALLON, J.
APRIL 11, 2019

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **WILBURT REESE, ET AL.** | * | **CIVIL ACTION** |
| | * | |
| **VERSUS** | * | **NO. 18-8336** |
| | * | |
| **GREAT WEST CASUALTY CO., ET AL.** | * | **SECTION "L" (4)** |

On this date, a telephone status conference was held from the Chambers of the Honorable Eldon E. Fallon. Joshua Stein and Jason Baer participated on behalf of the Plaintiffs. Jim Dill participated on behalf of Defendants. The parties discussed the status of the case. Accordingly,

**IT IS ORDERED** that Defendants' motion to continue, R. Doc. 35, be and hereby is **DENIED**. The Court notes that Defendants' right to bring claims against Plaintiffs in connection with this case are hereby **RESERVED**.

JS10 (00:08)