## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| WILBURT REESE AND MARKCO ODDS | * | CIVIL ACTION |
| | * | NO.: 2:18-cv-08336 |
| | * | |
| VERSUS | * | SECTION: |
| | * | |
| | * | JUDGE: ELDON E. FALLON |
| GREAT WEST CASUALTY COMPANY, | * | |
| MILLER TRANSPORTATION | * | MAGISTRATE: KAREN |
| SERVICES, INC., AND LEROY CALDWELL | * | WELLS ROBY |

**************************************************************************

## PLAINTIFF'S WITNESS AND EXHIBIT LIST

**NOW INTO COURT**, through undersigned counsel, come Plaintiffs, Wilbert Reese and Marcko Odds, who submit the following Witness and Exhibit List in accordance with the Federal Rules of Civil Procedure.

## WITNESS LIST

1. Wilbert Reese;

2. Marcko Odds;

3. Kenneth Kuykindall (NOPD);

4. Officer Johnson (NOPD);

5. Leroy Caldwell;

6. A corporate representative of Great West Casualty Company;

7. A corporate representative of Miller Transporters, Inc.;

8. Peter Liechty, MD;

9. Eric Lonseth, MD;

10. Jeremy Schnell, MD;

11. John Logan, MD;

12. A representative of Diagnostic Imaging Services;

13. A representative of One Spine Institute;

14. A representative of Lonseth Interventional Pain Centers;

15. A representative of Total Body Chiropractic;

16. A representative of Southern Surgical Hospital;

17. A representative of Crescent View Surgery Center;

18. A representative of Zephyr Anesthesia, LLC;

19. James Pittman, Accident Reconstructionist;

20. Lacy Sapp, Lifecare Planner;

21. Ralph Litolff;

22. Dr. Charles Aprill;

23. Dr. Najeeb Thomas;

24. Nancy Fraser Michalski;

25. Nancy Favaloro;

26. Brent Munyon;

27. Will Carrington Heath;

28. Ray Riley;

29. Jason Rickman;

30. Phil Gardner;

31. Diane Price;

32. Brad Binnings;

33. Any person or entity listed in the Defendants' discovery responses and/or their document production;

34. Any experts retained by any party;

35. Any experts retained to rebut Defendants' experts;

36. Any witness needed for impeachment or rebuttal purposes;

37. Any witness needed to authenticate evidence (documents, photographs, videotapes, etc.) to be introduced at trial;

38. Any witness listed, called, offered, or proffered by any other party to this matter;

39. Any person identified pursuant to ongoing discovery; and

40. Any witness listed on any subsequent *Witness List* or the *Pre-Trial Order*.

## EXHIBIT LIST

1. New Orleans Police Department investigative report of subject collision;

2. Photos of damage to vehicle;

3. BodyCam footage taken the day of the Subject Collision;

4. A certified copy of Wilbert Reese and Marcko Odds's medical and billing records from the following providers:

    a. Peter Liechty, MD and One Spine Institute;

    b. Total Body Chiropractic;

    c. Diagnostic Imaging Services;

    d. Eric Lonseth, MD and Lonseth Interventional Pain Specialist;

    e. Jeremy Schnell, MD;

    f. John Logan, MD and Dietz & Logan Spine Specialist;

    g. Southern Surgical Hospital;

    h. LA Rehab Products;

    i. InjuryMeds;

    j. Crescent View Surgery Center; and

    k. Zephyr Anesthesia.

5. Expert Report of James Pittman;

6. Demonstrative evidence created by James Pittman;

7. Expert Reports of Lacy Sapp;

8. Demonstrative evidence created by Lacy Sapp;

9. Expert Report of Ralph Litolff;

10. Demonstrative evidence created by Ralph Litolff;

11. Personnel file of Leroy Caldwell produced in discovery;

12. Qualification file of Leroy Caldwell produced in discovery;

13. Drug and Alcohol testing results of Leroy Caldwell produced in discovery;

14. Leroy Caldwell's Driver Log produced in discovery;

15. Qualcomm messaging from the date of the collision produced in discovery;

16. Vehicle Position History of tractor-trailer produced in discovery;

17. Title for tractor-trailer;

18. Maintenance Records for tractor-trailer;

19. Certified insurance policy from Great West Casualty Company providing coverage to the tractor-trailer;

20. Operations and Safety Manual of Miller Transporters, Inc., produced in discovery;

21. A copy of the Federal Motor Carrier Safety Regulations and excerpts therefrom;

22. Leroy Caldwell's written statement to his employer concerning the collision;

23. A medical billing summary/chart of all medical billing records since the accident at issue;

24. Any written discovery and responses thereto by any Party;

25. Any and all correspondence exchanged in this matter;

26. Any deposition transcripts from any depositions taken in this case;

27. Any and all documents received in response to subpoenas issued by any party;

28. Any and all documents relied on by any expert witness in this matter;

29. Any pleadings filed herein and any attachments thereto;

30. Any exhibit necessary for rebuttal or impeachment;

31. Any exhibit listed, offered, introduced, or referred to by any other Party;

32. Any demonstrative evidence identified pursuant to ongoing discovery;

33. Any documentation produced in response to a request for production of documents;

34. Any document listed by any Party; and

35. Any documents or other tangible evidence not presently known to Plaintiffs which is discovered subsequent to the filing of this list;

Plaintiffs, Wilbert Reese and Marcko Odds, reserves the right to supplement this *Witness and Exhibit List* as it becomes necessary until the time of trial.

Respectfully submitted this 1st day of May, 2019.

**BAER LAW, LLC**

BY: */s/ Jason M. Baer*
**JASON M. BAER**, Bar No. 31609
**CASEY C. DEREUS**, Bar No. 37096
**JOSHUA A. STEIN,** Bar No. 37885
3000 Kingman Street, Suite 200
Metairie, LA 70006
Telephone: (504) 372-0111
Facsimile: (504) 372-0151
Email: jbaer@baerlawllc.com
Email: cdereus@baerlawllc.com
Email: jstein@baerlawllc.com
*Counsel for Plaintiffs*

And

**MOTTA LAW FIRM, LLC**
**VANESSA MOTTA,** Bar No. 36915
855 Baronne Street
2nd floor
New Orleans, LA 70113
Telephone: 504-670-9490
Facsimile: 504-513-3122
Email: Vanessa@mottalaw.com
*Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I certify that a copy of the above and foregoing Witness and Exhibit List for Plaintiffs has been served upon counsel for all parties via CM/ECF Filer System, on this 1st day of May, 2019.

_____*/s/ Jason M. Baer*_____
**JASON M. BAER**