# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **WILBURT REESE AND MARKCO ODDS** | * | **CIVIL ACTION** |
| | * | **NO.: 2:18-cv-08336** |
| **VERSUS** | * | **SECTION:** |
| | * | **JUDGE: ELDON E. FALLON** |
| **GREAT WEST CASUALTY COMPANY, MILLER TRANSPORTATION SERVICES, INC., AND LEROY CALDWELL** | * | **MAGISTRATE: KAREN WELLS ROBY** |

## ORDER

Considering the foregoing Unopposed Motion for Extension of Deadline filed by GREAT WEST CASUALTY CO., MILLER TRANSPORTATION SERVICES, INC. and LEROY CALDWELL (DEFENDANTS);

**IT IS ORDERED** that the parties are granted an extension until May 14, 2019 for Defendants to produce their experts', Dr. Najeeb Thomas, Nancy Favaloro, and Will Carrington Heath, reports;

SIGNED ON this 14th day of _____May_____, 2019, in New Orleans, Louisiana

_____
JUDGE, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA