MINUTE ENTRY
ROBY, M.J.
8/28/2019

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **WILBURT REESE, ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 18-08336** |
| **GREAT WEST CASUALTY COMPANY, ET AL.** | **SECTION: "L" (4)** |

LAW CLERK:        Destinee Andrews
COURT REPORTER:   Sandra Minutillo

Appearances:    **James Michael Dill** for Defendants.
                **Ryan O'Neil Luminais** and **Paul Lea** for Non-Party, Dr. Eric Lonseth.

## MINUTE ENTRY

Before the Court is a **Motion to Compel and for Contempt (R. Doc. 68)** filed by the Defendants seeking an Order from this Court compelling Non-Party Dr. Eric Lonseth's production of certain subpoena duces tecum requests. The motion is opposed. R. Doc. 81. Specifically, at the August 12, 2019 Status Conference, the Court allowed Defendant Great West Casualty Company and Non-Party Dr. Lonseth to submit one (1) supplemental memorandum to the Court addressing Subpoena Item 1, Subpart E, Subsection iv and Subpoena Item 1, Subpart F to adequately brief the Court on those specific issues. R. Doc. 97. The Court held oral argument on these remaining issues in the motion on August 28, 2019.

At oral argument, counsel for Non-Party Dr. Lonseth, reasserted the issue of improper service, an issued raised in its original opposition. R. Doc. 70, p. 3-4. In reviving this issue, the Court noted that this issue had not yet been adequately briefed by the parties, and both Defendants

**MJSTAR: 00:34**

and Dr. Lonseth were ill-prepared to make such arguments at the hearing. As such, the Court took this issue under submission to properly consider the authorities on proper subpoena service.

New Orleans, Louisiana, this 3rd day of September 2019.