IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| WILBURT REESE AND MARKCO ODDS | * | CIVIL ACTION |
| | * | NO.: 2:18-cv-08336 |
| VERSUS | * | SECTION: |
| | * | JUDGE: ELDON E. FALLON |
| GREAT WEST CASUALTY COMPANY, MILLER TRANSPORTATION SERVICES, INC., AND LEROY CALDWELL | * | MAGISTRATE: KAREN WELLS ROBY |
| | * | DEFENDANTS' AMENDED WITNESS LIST |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## **DEFENDANTS' AMENDED WITNESS LIST**

NOW INTO COURT, through undersigned counsel, come Defendants, Great West Casualty Company, Miller Transportation Services, Inc., Miller Transporters, Inc., and Leroy Caldwell, who pursuant to the Louisiana Code of Civil Procedure, Article 1425(B) and the Court's Scheduling Order, amends their witnesses list in the above captioned matter, in which a jury trial has been set for February 3, 2020, as follows:

WITNESSES:

z. Stephanie Danielson and/or a representative of Crescent View Surgery Center.

Defendants reserve the right to supplement this list at a later date.

Respectfully submitted,

The Dill Firm, A.P.L.C.

*/s/ David R. Rabalais*
JAMES M. DILL (Bar Roll No. 18868)
DAVID R RABALAIS (Bar Roll No. 17759)
825 Lafayette Street
Post Office Box 3324
Lafayette, Louisiana 70502-3324
Telephone: (337) 261-1408
Facsimile: (337) 261-9176
Email: JDill@dillfirm.com
Email: DRabalais@dillfirm.com
ATTORNEYS FOR DEFENDANTS